# UNITED STATES DISTRICT COURT

FOR THE _MIDDLE_ District of _Florida_

_Jacksonville_ Division

**Ashley Ayala,** Plaintiff,                                   **Case No.:**


V.


**R1RCM,** Defendant.


## PROPOSED: MOTION FOR LEAVE TO FILE ELECTRONICALLY

Plaintiff, appearing _pro se_, **respectfully moves this Court for an order granting leave** to participate in the Court's Electronic Case Filing (CM/ECF) system. In support of this **request**, Plaintiff states:

1. I am representing myself in this action and am not a registered member of the bar.
2. I have regular access to the necessary technology to convert documents into PDF format and monitor an email account for court communications.
3. Electronic filing will conserve judicial resources and reduce the financial burden of physical delivery.

**WHEREFORE,** Plaintiff **respectfully requests** that the Court grant permission to file and receive documents electronically in this matter.

Respectfully submitted,

---

_Ashley Ayala_                **Date: March 13, 2026**


**Phone number:** (904)758-8653